UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD - 1265

NEPTHY CRUZ ET AL

Index #: 07 CIV 6392

Plaintiff(s)

- against -

Date Filed:

U.S. HEALTH CLEAN

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 19, 2007 at 03:44 PM at

275 MADISON AVENUE 6TH FLOOR
NEW YORK, NY10016

deponent served the within true copy of the SUMMONS & COMPLAINT on U.S. HEALTH CLEAN, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. HILTON KANDHAI personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 36 | 5'9 | 160 |

Sworn to me on: July 20, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 492432

| | |
|---|---|
| NEPTHY CRUZ ET AL | Index #: 07 CIV 6392 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| U.S. HEALTH CLEAN | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 19, 2007 at 03:44 PM at

275 MADISON AVENUE 6TH FLOOR
NEW YORK, NY10016

deponent served the within true copy of the SUMMONS & COMPLAINT on U.S. HEALTH CLEAN, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. HILTON KANDHAI personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 36 | 5'9 | 160 |

Sworn to me on: July 20, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 492432