Swain, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 1 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
NEPHTY CRUZ and MICHAEL BALLETO, as :
TRUSTEES OF THE DISTRICT 6 INTERNATIONAL :
UNION OF INDUSTRIAL, SERVICE, TRANSPORT :   07 CV 6392 (LTS) (KNF)
AND HEALTH EMPLOYEES HEALTH PLAN and :
THE DISTRICT 6 INTERNATIONAL UNION OF :   STIPULATION
INDUSTRIAL, SERVICE, TRANSPORT AND :
HEALTH EMPLOYEES PENSION PLAN, :
                        Plaintiffs, :

          - against - :

US HEALTH CLEAN, :

                        Defendant. :
------------------------------------- x

      IT IS HEREBY STIPULATED AND AGREED that the time for defendant to answer, move or otherwise respond to the plaintiffs' complaint hereby is extended to and including September 14, 2007. A facsimile signature by an attorney on this stipulation shall be deemed an original.

Dated: New York, New York
       August 16, 2007

EPSTEIN BECKER & GREEN, P.C.

By: _David J. Clark_____
     David J. Clark (DC 6770)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant

BARNES IACCARINO, VIRGINIA, AMBINDER
& SHEPHERD, PLLC

By: _____
     Charles R. Virginia (CV 8214)
     Kellie Terese Walker (KW 5981)
111 Broadway, Suite 1403
New York, New York 10006
(212) 943-9080
Attorneys for Plaintiffs

SO ORDERED:

_____ 8/20/2007
U.S.D.J.