SWAIN, S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
NEPHTY CRUZ and MICHAEL BALLETO, as
TRUSTEES OF THE DISTRICT 6 INTERNATIONAL
UNION OF INDUSTRIAL, SERVICE, TRANSPORT    : 07 CV 6392 (LTS) (KNF)
AND HEALTH EMPLOYEES HEALTH PLAN and
THE DISTRICT 6 INTERNATIONAL UNION OF      : STIPULATION
INDUSTRIAL, SERVICE, TRANSPORT AND
HEALTH EMPLOYEES PENSION PLAN,

              Plaintiffs,

- against -

US HEALTH CLEAN,

              Defendant.
-----------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED that the time for defendant to answer, move or otherwise respond to the plaintiffs' complaint hereby is extended to and including August 22, 2007. A facsimile signature by an attorney on this stipulation shall be deemed an original.

Dated: New York, New York
       August 1, 2007

EPSTEIN BECKER & GREEN, P.C.

By: _David J. Clark_____
    David J. Clark (DC 6770)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant

BARNES IACCARINO, VIRGINIA, AMBINDER
& SHEPHERD, PLLC

By: _____
    Charles R. Virginia (CV 8214)
    Kellie Terese Walker (KW 5981)
111 Broadway, Suite 1403
New York, New York 10006
(212) 943-9080
Attorneys for Plaintiffs

SO ORDERED:

_____ 8/20/2007
U.S.D.J.