

RECEIVED
~~ 17 2007
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

```
USDC SDNY
DOCUMENT
                    .LED
DO.
DATE FILED: SEP 1 9 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

NEPHTY CRUZ and MICHAEL BALLETO, as :
TRUSTEES OF THE DISTRICT 6 INTERNATIONAL :
UNION OF INDUSTRIAL, SERVICE, TRANSPORT :    07 CV 6392 (LTS) (KNF)
AND HEALTH EMPLOYEES HEALTH PLAN and :
THE DISTRICT 6 INTERNATIONAL UNION OF :      STIPULATION AND ORDER
INDUSTRIAL, SERVICE, TRANSPORT AND :
HEALTH EMPLOYEES PENSION PLAN, :

                     Plaintiffs, :

- against - :

US HEALTH CLEAN, :

                     Defendant. :

------------------------------------x

IT IS HEREBY STIPULATED AND AGREED that the time for defendant to answer, move or otherwise respond to the plaintiffs' complaint hereby is extended to and including September 21, 2007. A facsimile signature by an attorney on this stipulation shall be deemed an original.

Dated: New York, New York
       September 14, 2007

EPSTEIN BECKER & GREEN, P.C.                BARNES IACCARINO, VIRGINIA, AMBINDER
                                                  & SHEPHERD, PLLC

By: _____                 By: _____
    David J. Clark (DC 6770)                      Charles R. Virginia (CV 8214)
250 Park Avenue                                  Kellie Terese Walker (KW 5981)
New York, New York 10177-0077               111 Broadway, Suite 1403
(212) 351-4500                              New York, New York 10006
Attorneys for Defendant                     (212) 943-9080
                                                  Attorneys for Plaintiffs

SO ORDERED.

_____ 9/17/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE