UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x

NEPHTY CRUZ and MICHAEL BALLETTO, as
TRUSTEES OF THE DISTRICT 6 INTERNATIONAL
UNION OF INDUSTRIAL, SERVICE, TRANSPORT
AND HEALTH EMPLOYEES HEALTH PLAN and
THE DISTRICT 6 INTERNATIONAL UNION OF
INDUSTRIAL, SERVICE, TRANSPORT AND
HEALTH EMPLOYEES PENSION PLAN,

       Plaintiffs,

  – against –

US HEALTH CLEAN,

       Defendant.
----------------------------------------------x

07 CV 6392 (LTS)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for Defendant United States Health Clean Corporation d/b/a US Health Clean. Please serve all papers and electronic notifications related to this action on the undersigned.

Dated: September 21, 2007

            EPSTEIN BECKER & GREEN, P.C.

            By: _/s/ David J. Clark_____
              David J. Clark
            250 Park Avenue
            New York, New York 10177-0077
            (212) 351-4500
            _dclark@ebglaw.com_

            Attorneys for Defendant

NY:2086182v1

2

## CERTIFICATE OF SERVICE

I, David J. Clark, an attorney admitted to practice before this court, hereby certify, under penalty of perjury, that on September 21, 2007, I caused a true copy of the attached Notice of Appearance to be served by first class mail upon:

Charles R. Virginia, Esq.
Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
111 Broadway, Suite 1403
New York, New York 10006

*David J. Clark*
DAVID J. CLARK