UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

NEPHTY CRUZ and MICHAEL BALLETTO, as
TRUSTEES OF THE DISTRICT 6 INTERNATIONAL
UNION OF INDUSTRIAL, SERVICE, TRANSPORT
AND HEALTH EMPLOYEES HEALTH PLAN and
THE DISTRICT 6 INTERNATIONAL UNION OF
INDUSTRIAL, SERVICE, TRANSPORT AND
HEALTH EMPLOYEES PENSION PLAN,

                    Plaintiffs,

            – against –

US HEALTH CLEAN,

                    Defendant.
---------------------------------------- x

07 CV 6392 (LTS)

**DEFENDANT'S**
**RULE 7.1 STATEMENT**

       Defendant United States Health Clean Corporation d/b/a US Health Clean, through its attorneys Epstein Becker & Green, P.C., as and for its statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that Defendant has no parent corporation and there are no publicly held companies that own 10% or more of its stock.

       If necessary, Defendant will supplement this statement in accordance with Fed. R. Civ. P. 7.1(b).

Dated: September 21, 2007

                                           EPSTEIN BECKER & GREEN, P.C.

                                           By: /s/ David J. Clark
                                                David J. Clark
                                         250 Park Avenue
                                         New York, New York 10177-0077
                                         (212) 351-4500
                                         dclark@ebglaw.com

                                         Attorneys for Defendant