USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 5 2007

# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
### ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
NICOLE E. COHEN
DANA L. HENKE^
STEVEN KERN^^
SAMER E. KHALAF**+
LADONNA M. LUSHER
HEIDI MAHER
GILLIAN MCGOEY^^
JAMES E. MURPHY
KELLIE TERESE WALKER
JUDY S. WONG

TRINITY CENTRE
111 BROADWAY
SUITE 1403
NEW YORK, NEW YORK 10006
TEL (212) 943-9080
FAX (212) 943-9082

*(Please refer all correspondence to the New York address)*

258 Saw Mill River Road
258 Saw Mill River Road
Elmsford, New York 10523
Tel (914) 592-5740
Fax (914) 592-3213

3 Surrey Lane
Hempstead, N.Y. 11550
Tel (516) 483-2990
Fax (516) 483-0566

5 Mountain Avenue
North Plainfield, N.J. 07060
Tel (908) 757-2067
Fax (908) 753-2238

* Also Admitted in PA
** Also Admitted in NJ
*** Also Admitted in OH
^ Also Admitted in DC
^^ Also Admitted in CT
+ Also Admitted in MD

October 11, 2007

**Via First Class Mail and Facsimile**
Facsimile No.: (212) 805-0426

Hon. Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: **Cruz, et al. v. US Health Clean**
Docket No. 07 Civ. 6392 (LTS)

Dear Judge Swain:

We represent Plaintiffs in the above-referenced matter. Plaintiffs, Trustees of multiemployer benefit funds, filed their Complaint on July 12, 2007 and Defendant was served on July 19, 2007. Thereafter, David Clark, counsel for Defendant, contacted us regarding the lawsuit and requested Plaintiffs' consent to an extension of time for Defendant's answer to the Complaint. After obtaining Defendant's consent to an audit by Plaintiffs' accountants, Plaintiffs consented to Defendant's initial and second requests for extensions of time to answer the Complaint, which were subsequently granted by the Court on August 20, 2007 and September 14, 2007. Defendant filed its answer with the Court on September 21, 2007. On September 24, 2007, the audit findings against Defendant were issued by Plaintiffs' auditors. By letter of October 4, 2007, Defendant timely submitted a written rebuttal to the Plaintiffs' audit findings, which are now under review by Plaintiffs' auditors.

Hon. Laura Taylor Swain, U.S.D.J.　　　　　2　　　　　　　　October 11, 2007

  An initial conference was scheduled in this matter for October 12, 2007. On October 10, 2007, I spoke with Tyler Friedman from your Chambers regarding the status of the litigation. Mr. Friedman recommended that I confer with counsel for Defendant and notify the Court of the parties' request for adjournment of the initial conference and dates for availability for the initial conference. On October 11, 2007, I conferred with Mr. Clark regarding the continuing audit review and settlement. Presently, the parties anticipate settling this matter upon completion of the audit review. In light of the audit status and the parties' settlement expectations, the parties respectfully request an adjournment of the initial conference from October 12, 2007 to December 4, 5, or 6, 2007. The length of time requested by the parties for the adjourn date of the conference is to allow for completion of the audit review and settlement negotiation. Neither Plaintiffs nor Defendant have previously requested an adjournment of a conference in this case.

                Respectfully submitted,

                *Kellie Walker*

KTW:aa            Kellie Terese Walker

cc: For Defendant
   David J. Clark, Esq. (via first class mail and facsimile)

U:\Winward Documents\District 6 Benefit Funds\Collections\US Health Clean\October 11, 2007 Letter to Court.doc

*The conference is adjourned to December 4, 2007, at 12pm and the related deadlines are modified accordingly.*

SO ORDERED.

/s/ Laura Taylor Swain  10/12/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE