UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Nephty Cruz and Michael Balletto, et al,

                Plaintiff(s),

-v-

US Health Clean,

                Defendant(s).
------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 6392 (LTS)(KNF)

[Stamp: DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: DEC 0 4 2007]

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | | ___ Social Security |
| | | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | Particular Motion:_____ _____ |
| | | All such motions: ___ |
| ___ | Inquest After Default/Damages Hearing | |

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               December 4, 2007

                                            LAURA TAYLOR SWAIN
                                            United States District Judge