EPSTEIN BECKER & GREEN, P.C.
David J. Clark
250 Park Avenue
New York, NY 10177-1211
Telephone: (212) 351-4500
Fax: (212) 661-0989
Email: DClark@ebglaw.com
*Attorneys for Defendant United States Health Clean Corporation d/b/a US Health Clean*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NEPHTY CRUZ and MICHAEL BALLETTO, as TRUSTEES OF THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES HEALTH PLAN and THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES PENSION PLAN,

      Plaintiffs,

   – against –

US HEALTH CLEAN,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 6392 (LTS)(KNF)

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that upon the Declaration of David J. Clark, dated March 11, 2008, the accompanying Memorandum of Law, and upon all pleadings and prior proceedings in this action, Epstein Becker & Green, P.C. ("EBG"), will move this Court before the Honorable Kevin Nathaniel Fox, at the United States Courthouse, 500 Pearl Street, Courtroom 20A, New York, New York 10007, at a time to be determined by this Court, for an order permitting EBG to withdraw as counsel to Defendant United States Health Clean Corporation d/b/a US Health Clean in this action.

NY:2472654v1

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda must be served within ten business days after service of this Notice of Motion, and any reply affidavits and memoranda of law shall be served within five business days after service of the answering papers.

Dated: March 11, 2008
   New York, New York

            EPSTEIN BECKER & GREEN, P.C.

            By: _David J. Clark_
               David J. Clark

            250 Park Avenue
            New York, NY 10177-1211
            Telephone: (212) 351-4500
            Fax: (212) 661-0989
            Email: DClark@ebglaw.com

            *Attorneys for Defendant United States*
            *Health Clean Corporation*
            *d/b/a US Health Clean*

## CERTIFICATE OF SERVICE

I, David J. Clark, an attorney admitted to practice before this court, hereby certify, under penalty of perjury, that on March 11, 2008, I caused a true copy of the attached Notice of Motion to be served by first class mail upon:

Marc A. Tenenbaum, Esq.
Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
212-943-9080
Attorneys for Plaintiffs

US Health Clean
c/o Evangeline Yabut
1173 Second Avenue, Apt. 312
New York, New York 10065-8277

_____
DAVID J. CLARK