# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

**MEMO ENDORSED**



RECEIVED
MAR 11 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

DAVID J. CLARK
TEL: 212.351.3772
FAX: 212.878.8772
DCLARK@EBGLAW.COM

March 11, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/14/08

**VIA FACSIMILE (212) 805-6705**
The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 540
New York, New York 10007

Re: Nephty Cruz, et al. v. US Health Clean
07 Civ. 6392 (LTS)(KNF)

Dear Magistrate Judge Fox:

As an attorney at Epstein Becker & Green, P.C. ("EBG"), I have appeared in the above-referenced action on behalf of defendant US Health Clean. A settlement conference is scheduled to take place in this action on Tuesday, March 18, 2008 at 10:30 a.m., but I write to bring to the Court's attention certain circumstances which may lead the Court to adjourn that settlement conference.

Please note that today we filed a motion to withdraw as counsel to defendant as a result of information (EBG previously represented plaintiffs in other matters) that counsel for plaintiffs brought to my attention for the first time on Friday, March 7, 2008. Counsel for plaintiff has indicated that plaintiffs do not oppose our motion to withdraw. A courtesy copy of those motion papers is being hand-delivered to you at Room 540 this afternoon. My client does not yet have replacement counsel.

As we have sought to withdraw as defendant's counsel herein and defendant is currently seeking new counsel, we respectfully ask for the Court's guidance as to whether the settlement conference should go forward on March 18 or be adjourned. Thank you for your consideration of this matter.

Very truly yours,

David J. Clark

cc: Marc A. Tenenbaum, Esq. (Counsel for plaintiffs, via facsimile 212-943-9082)

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

NY:2475483v1    EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

3/14/08

Based on the above, prudence dictates that the March 18, 2008 settlement conference be adjourned, sine die, until the defendant's motion, to have its counsel cease providing legal services to it in this action, is resolved.
It is SO ORDERED:
Kevin Nathaniel Fox, U.S.M.J.

** TOTAL PAGE.02 **