UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

NEPHTY CRUZ, ET AL.,                       :

            Plaintiffs,              :

         -against-                          :

US HEALTH CLEAN,                           :

           Defendant.             :
------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/14/08
```

ORDER
07 Civ. 6392 (LTS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on April 8, 2008, at 4:30 p.m. The telephonic conference shall be initiated by counsel to the plaintiff(s) to (212) 805-6705.

Dated: New York, New York
       March 14, 2008

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE