## Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
### ATTORNEYS AT LAW

ROY BARNES
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

111 BROADWAY
14TH FLOOR
NEW YORK, NEW YORK 10006
(212) 943-9080
FAX (212) 943-9082

*(Please refer all correspondence to the New York address)*

258 Saw Mill River Road
Elmsford, N.Y. 10523
Tel (914) 592-5740
Fax (914) 592-3213

3 Surrey Lane
Hempstead, N.Y. 11550
Tel (516) 483-2990
Fax (516) 483-0566

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

E-mail: mtenenbaum@bivas.net

65 Route 34
Suite 204A
Colts Neck, N.J. 07722
Tel (732) 837-2797
Fax (732) 431-4167

KARIN ARROSPIDE
DANIELLE M. CARNEY
MICHAEL J. DESANTIS*
DANA L. HENKE^
DEVIN KARAS**
STEVEN KERN^^
SAMER E. KHALAF**+
LADONNA M. LUSHER
HEIDI MAHER
GILLIAN MCGOEY^^
JAMES E. MURPHY
EMILY ROSCIA
JUDY S. WONG

*Only Admitted in NJ
**Also Admitted in NJ
***Also Admitted in OH
^Also Admitted in DC
^^Also Admitted in CT
+Also Admitted in MD


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
AUG 12 2008

August 8, 2008

*By Facsimile (212) 805-0426*

Honorable Laura Taylor Swain
United States District Court
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

Re: *Cruz, et al. v. US Health Clean*, No. 07 Civ. 6392 (LTS)

Dear Judge Swain:

This firm represents the Plaintiffs in the above-referenced case. I write to request that the final pretrial conference currently scheduled for August 15, 2008, be adjourned *sine die*. The reason for this request is that, on April 9, 2008, the Court granted Defendant's counsel's motion to withdraw as counsel, and no new counsel subsequently appeared on Defendant's behalf. Inasmuch as Defendant is no longer defending this action, Plaintiffs intend to move for judgment by default pursuant to Rule 55 of the Federal Rules of Civil Procedure.

Respectfully submitted,

Marc Tenenbaum

Marc A. Tenenbaum

cc: U.S. Health Clean
c/o Evangeline Yabut
1173 Second Ave., Apt. 312
New York, New York 10065

The adjournment request is granted.

SO ORDERED.

8/11/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE